UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HARPER, | : |
|     Plaintiff, | : Civil Action No. 10-7555 |
| v. | : |
| MR. ALBIO, Counselor, et. al., | : |
|     Defendants. | : |

## **ORDER**

AND NOW, this      day of         , 2011, upon consideration of the Plaintiff's Motion to Compel the Attorney General to Return Plaintiff's Parole File and the Commonwealth Defendants' response in opposition thereto, it is hereby ORDERED that the Motion to Compel is DENIED.

BY THE COURT:

_____
THOMAS N. O'NEILL, JR., S.J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HARPER, | : |
| | : |
| Plaintiff, | : Civil Action No. 10-7555 |
| | : |
| v. | : |
| | : |
| MR. ALBIO, Counselor, et. al., | : |
| | : |
| Defendants. | : |

**COMMONWEALTH DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL THE ATTORNEY GENERAL TO RETURN PLAINTIFF'S PAROLE BOARD FILE**

Defendants Jaime Luquis and Jeffrey Albo ("Commonwealth Defendants") hereby respond in opposition to Plaintiff's Motion to Compel the Attorney General to Return Plaintiff's Parole Board File.

Plaintiff John Harper, an inmate presently housed at the State Correctional Institution at Frackville ("Frackville") and formerly housed at the Community Corrections Center at Allentown ("CCC Allentown"), commenced this case pro se pursuant to 42 U.S.C. § 1983 ("Section 1983"). Plaintiff alleged in his Amended Complaint that while he was housed at CCC Allentown in February 2010, another inmate, Alvin Davis, punched him in the head and eye, which gave him a swollen left eye and a broken hand. See Amended Complaint at p. 4. The Commonwealth Defendants filed a Motion to Dismiss Plaintiff's Amended Complaint on March 21, 2011. The Motion to Dismiss is pending.

On August 15, 2011, Plaintiff filed a Motion to Compel the Attorney General's Office to return his parole file. In his motion, Harper claims that in July 2011, he was called down to the parole office at Frackville for a review for reconsideration for parole. Pl. Motion at ¶5. At that

time, he was told that he could not be reviewed because his original parole file was located at the Attorney General's Office. Id. Plaintiff claims that the then-Attorney General, William Ryan, refused to return his file after a request to do so was sent to him and that this was in retaliation for his filing a civil action against the Commonwealth Defendants in the instant case. Id. at ¶¶5,10. He claims that, because the Attorney General's Office held his parole board file, he was denied his right to be seen by the parole board. Id. at ¶12. Harper requests an order from the court to compel the Attorney General to return his file. Id. at pp.1,4.

The attorney for the Commonwealth Defendants returned plaintiff's parole file to the Parole Board in July 2011. The Parole Board shipped the file to Frackville on August 4, 2011. Frackville received the file on August 12, 2011. Plaintiff's parole review was scheduled on August 18, 2011. Because plaintiff complains that he was unable to have a parole review and in fact a review occurred on August 18, 2011, his Motion to Compel is now moot.

WHEREFORE, the Commonwealth Defendants request that the Court deny Plaintiff's Motion to Compel.

                                        LINDA L. KELLY
                                        ATTORNEY GENERAL

                                By:    /s/ Laurie R. Jubelirer

                                        Laurie R. Jubelirer
Office of Attorney General              Deputy Attorney General
21 S. 12th Street, 3rd Floor            Attorney I.D. No. 50436
Philadelphia, PA 19107
Phone: (215) 560-2141                   Susan J. Forney
Fax:   (215) 560-1031                   Chief, Litigation Section

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN HARPER, | : |
| Plaintiff, | : Civil Action No. 10-7555 |
| v. | : |
| MR. ALBIO, Counselor, et. al., | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, Laurie R. Jubelirer, Deputy Attorney General, hereby certify that the foregoing Response in Opposition to Plaintiff's Motion to Compel was filed electronically on August 18, 2011 and is available for viewing and downloading from the ECF system. I further certify that a true and correct copy of said document was served on August 19, 2011, by United States mail, first class postage prepaid to:

John Harper, #FD-2189
State Correctional Institution
at Frackville
1111 Altamont Blvd.
Frackville, PA  17931-2699

LINDA L. KELLY
ATTORNEY GENERAL

BY:   /s/ LAURIE R. JUBELIRER
        Laurie R. Jubelirer
        Deputy Attorney General
        Identification No. 50436