IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN HARPER | : | CIVIL ACTION |
| v. | : | |
| JEFFREY ALBO, Counselor, et al | : | NO. 10-7555 |

### ORDER

AND NOW, this 17th day of October, 2011, it is ORDERED that the Clerk of Court attempt to appoint counsel for plaintiff in this action from the Prisoner Civil Rights Attorney Panel. Ruling on defendants motion to dismiss is deferred pending appointment of counsel.

    *s/Thomas N. O'Neill, Jr.*
    THOMAS N. O'NEILL, JR.,   J.